**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIFER LUNDGREN,

        Plaintiff(s),                            Index No. 07 CV 4534

       -against-                             AFFIDAVIT OF SERVICE

SEAN G. JULIUS AND SHARON L. DAVIS,

        Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK  )
          S.S.:
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 7th day of June, 2007, at approximately the time of 8:25 PM, deponent served a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET AND PRELIMINARY ORDER IN CASE DESIGNATED TO WP4 CALENDAR upon SHARON L. DAVIS at 48 Oak Street, Port Chester, New York 10573, by personally delivering and leaving the same with SHARON L. DAVIS at that address. At the time of service, deponent asked SHARON L. DAVIS if she is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        SHARON L. DAVIS is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 115 pounds with black hair and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
9th day of June, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com