**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JENNIFER LUNDGREN,

        Plaintiff(s),                                    Index No. 07 CV 4534

     -against-                                       AFFIDAVIT OF SERVICE

SEAN G. JULIUS, et al.,

        Defendant(s).
------------------------------------------------------------------X
STATE OF NEW YORK  )
                      S.S.:
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 27th day of June, 2007, at approximately the time of 7:35 PM, deponent served a true copy of the AMENDED SUMMONS AND AMENDED COMPLAINT upon LICARE CORPORATION d/b/a VACCARO'S WINES & SPIRITS at 124 Midland Avenue, Port Chester, New York 10573, by personally delivering and leaving the same with JOSEPH LICARE who informed deponent that he is an owner authorized by LICARE CORPORATION d/b/a VACCARO'S WINES & SPIRITS to receive service at that address..

        JOSEPH LICARE is a white male, approximately 45 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 170 pounds with dark gray hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
28th day of June, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com