**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JENNIFER LUNDGREN,

        Plaintiff(s),                          Index No. 07 CV 4534

  -against-                                 AFFIDAVIT OF SERVICE

SEAN G. JULIUS, et al.,

        Defendant(s).
------------------------------------------------------------------X
STATE OF NEW YORK    )
                        S.S.:
COUNTY OF ROCKLAND   )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 27th day of June, 2007, at approximately the time of 7:35 PM, deponent served a true copy of the AMENDED SUMMONS AND AMENDED COMPLAINT upon JOHN DOES 1-10 at LICARE CORPORATION d/b/a VACCARO'S WINES & SPIRITS, 124 Midland Avenue, Port Chester, New York 10573, by personally delivering and leaving the same with JOSEPH LICARE at that address.

        JOSEPH LICARE is a white male, approximately 45 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 170 pounds with dark gray hair, brown eyes and glasses.

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 27th day of June, 2007, deponent served another copy of the foregoing upon JOHN DOES 1-10 by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New City and State of New York, addressed as follows:

JOHN DOES 1-10
Licare Corporation D/B/A Vaccaro's Wines & Spirits
124 Midland Avenue
Port Chester, New York 10573

_____
DAVID KSIAZEK #0974523

Sworn to before me this
28th day of June, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com