```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER LUNDGREN,

                Plaintiff,

-v-

SEAN G. JULIUS et al,

                Defendants.

07-CV-4534 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    On August 8, 2008, the Court held a pre-motion conference in the above-referenced case. Should Defendants decide to pursue the threshold motion discussed at the pre-motion conference, Defendants will send a pre-motion letter to the Court and opposing counsel by September 29, 2008. Plaintiff will then respond to the letter by October 5, 2008, and Parties will return for second pre-motion conference on October 22, 2008, at 10:30 a.m.

SO ORDERED.

DATED:    August 7, 2008
                White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE