UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JENNIFER LUNDGREN,

                                          Plaintiff

     -against-

SEAN G. JULIUS, SHARON L. DAVIS,
LICARE CORPORATION d/b/a
VACCARO'S WINE & SPIRITS, and
JOHN DOES 1-10,

                                        Defendants.
-----------------------------------------------------------X

**07 Civ. 4534 (WP4)**

**STIPULATION OF DISCONTINUANCE
WITH PREJUDICE AS TO DEFENDANT
LICARE CORPORATION d/b/a
WINE & SPIRITS**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against defendant LICARE CORPORATION d/b/a VACCARO'S WINE & SPIRITS be, and the same hereby is discontinued, without costs to any party as against the other. All counsel agree to discontinue all direct causes of action and cross claim with prejudice. This stipulation may be filed without further notice with the Clerk of the court.

Dated:     White Plains, New York
              August 13, 2008

WILSON, BAVE, CONBOY,
COZZA & COUZENS, P.C.
Attorneys for Licare Corp.

By: _____
    Robert J. Gironda, Esq.
2 William Street
White Plains, NY 10601

LEAHEY & JOHNSON, P.C.
Attorneys for Defendants
Sean G. Julius & Sharon L. Davis

By: _____
    Michael Dempsey, Esq.
120 Wall Street, Suite 2220
New York, New York 10005

BAKER, LESHKO, SALINE & BLOSSER, LLP
Attorney for Plaintiff

By: _____
    Mitchell J. Baker, Esq.
Jennifer Lundgren
One North Lexington Ave.
White Plains, NY 10601